UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACK J. DEMARTINI,

                Plaintiff,

    v.

RYAN C. WITT, *et al*,

                Defendants.

Case No. C08-5106RBL-KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. #1-#7) is GRANTED. Although plaintiff previously was incarcerated at the Kitsap County Jail, located in Bremerton, Washington, he has informed the Court that this is no longer the case, and, indeed, that he is no longer in state custody. Further, plaintiff does not appear to have funds available to afford the $350.00 court filing fee.

    The Clerk is directed to mail a copy of this Order to plaintiff.

    DATED this 13th day of May, 2008.

                                                   Karen L. Strombom
                                                   United States Magistrate Judge

ORDER
Page - 1