UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACK J. DEMARTINI,

    Plaintiff,

  v.

RYAN C. WITT, *et al*,

    Defendants.

Case No.  C08-5106RBL-KLS

ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME

  This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1),  Local Rules MJR 3 and 4, and Federal Rule of Civil Procedure 72.   The case is before the Court on plaintiff's filing of a request with the Clerk for an extension of time (Dkt. #11) in which to respond to the Court's order to show cause (Dkt. #10) regarding certain deficiencies in his complaint (Dkt. #9).   After reviewing plaintiff's request and the balance of the record, the Court finds and orders as follows:

  Although plaintiff's request is not properly noted as a motion, the Court shall deal with it as such. In his motion, plaintiff requests a 20-day extension of time in which to respond to the Court's order to show cause, stating that due to issues concerning the frequency with which he receives his mail, he did not receive a copy of that order until just prior to his response due date.  The Court finds this request to be

ORDER
Page - 1

1  not unreasonable.  Accordingly, plaintiff's request (Dkt #11) hereby is GRANTED.  He shall file a
2  response to the Court's order to show cause by **no later than July 28, 2008**.
3       The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.
4       DATED this 7th day of July, 2008.

Karen L. Strombom
United States Magistrate Judge