UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACK J. DEMARTINI,

    Plaintiff,

v.

RYAN C. WITT, *et al*,

    Defendants.

Case No. C08-5106RBL-KLS

REPORT AND RECOMMENDATION

Noted for September 12, 2008

This matter is before the Court on plaintiff's failure to comply with the undersigned's order to show cause regarding certain deficiencies in his civil rights complaint. (Dkt. #10). After reviewing the record, the undersigned submits the following report and recommendation, recommending that the Court dismiss this action for failure to comply with the undersigned's order.

## DISCUSSION

On May 19, 2008, the undersigned issued an order informing plaintiff as to certain deficiencies in his complaint – namely, that it appeared that defendant Ryan C. Witt was entitled to prosecutorial immunity, that defendant Judge Anna M. Laurie was entitled to judicial immunity, that defendant State of Washington was entitled to immunity from suit under the Eleventh Amendment, and that he had failed to establish liability on the part of defendants Kitsap County and the City of Bremerton – and directed him to file an amended complaint curing those deficiencies by no later than June 18, 2008, or show cause why this matter should not be dismissed. (Dkt. #10).

Plaintiff responded to the undersigned's order on June 23, 2008, by filing a motion for extension

1 of time to file an amended complaint. (Dkt. #11). The undersigned granted plaintiff's motion on July 7,
2 2008, extending until July 28, 2008, the deadline for filing an amended complaint. (Dkt. #12). To date,
3 however, plaintiff has not done so.

## CONCLUSION

Because plaintiff has failed to respond to the undersigned's order to show cause (Dkt. #10), and because his complaint remains deficient for the reasons set forth therein, the Court should dismiss that complaint prior to service with prejudice and as frivolous pursuant to 28 U.S.C. §1915(e).

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rules of Civil Procedure ("Fed. R. Civ. P.") 72(b), the parties shall have ten (10) days from service of this Report and Recommendation to file written objections thereto. See also Fed.R.Civ.P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set this matter for consideration on **September 12, 2008**, as noted in the caption.

DATED this 21st day of August, 2008.

Karen L. Strombom
United States Magistrate Judge