UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACK J. DEMARTINI,<br><br>        Plaintiff,<br><br>    v.<br><br>RYAN C. WITT, *et al*,<br><br>        Defendants. | Case No. C08-5106RBL-KLS<br><br>ORDER DISMISSING COMPLAINT |

The Court, having reviewed the complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)    the Court adopts the Report and Recommendation;

(2)    plaintiff's complaint is DISMISSED with prejudice;

(3)    The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count this as a dismissal under **28 U.S.C. § 1915(g)**; and

(4)    the Clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge Karen L. Strombom.

DATED this 12th day of September, 2008.

                                                /s/ Ronald B. Leighton
                                                RONALD B. LEIGHTON
                                                UNITED STATES DISTRICT JUDGE