# United States District Court

WESTERN DISTRICT OF WASHINGTON

JACK J. DeMARTINI

       v.

RYAN C. WITT, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5106RBL

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Plaintiff's complaint is DISMISSED with prejudice; and

The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count this as a dismissal under **28 U.S.C. § 1915(g)**.

| | |
|---|---|
|   September 16, 2008 |    BRUCE RIFKIN |
| Date | Clerk |
| | |
| |    *s/CM Gonzalez* |
| | Deputy Clerk |